COPY

AO 440 (Rev. 03/08) Civil Summons

E-filing

# UNITED STATES DISTRICT COURT
for the
Northern District of California

RINDY MERRIFIELD, individually and as trustee of the RINDY MERRIFIELD INC. DEFINED BENEFIT PLAN )
Plaintiff )
v. ) Civil Action No.
MUTUAL SERVICE CORPORATION and MICHAEL T. WOODS )
Defendant )

**Summons in a Civil Action**

**SI**

To: the above-named defendants
*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Timothy A. Canning
Law Offices of Timothy A. Canning
1125 16th St., Suite 204    PO Box 4201
Arcata, CA 95518

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BY FAX

Richard W. Wieking
Name of clerk of court

Date: _____    MARY ANN BUCKLEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*