| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Timothy A Canning, 148336<br>LAW OFFICE OF TIMOTHY CANNING<br>P.O. Box 4201<br>Arcata, CA 95518 | (707) 822-1620 | **FILED**<br>Merrifield  MAY  6 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Ref No. or File No | |

Insert name of court, judicial district or branch court, if any

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

**PLAINTIFF:** Merrifield

**DEFENDANT:** Mutual Service Corporation, et al

| **PROOF OF SERVICE** | DATE: | TIME | DEPT/DIV. | CASE NUMBER: CV 08 2247 SI |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Civil Case Cover Sheet, Complaint.

2. Party Served:           Michael T. Woods

3. Person Served:          party in item 2

4. Date & Time of Delivery:   5/5/2008          4:49 PM

5. Address, City and State:  966 Minnesota St.
                             San Francisco, CA  94107

6. Manner of Service:     Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 44.00

Registered California process server.
County: ALAMEDA
Registration No.:1020

Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/6/2008 at Oakland, California.

Signature: _Chris Beale_

Chris Beale

FF# 6661712