| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Timothy A Canning, 148336<br>LAW OFFICE OF TIMOTHY CANNING<br>P.O. Box 4201<br>Arcata, CA 95518 | (707) 822-1620 | **FILED**<br><br>MAY 6 2008<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Merrifield | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Rindy Merrifield

DEFENDANT:
Mutual Service Corporation

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV08-02247-SI |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Case Cover Sheet, Complaint, Summons, Order Setting Initial Case Management Conference and ADR Deadlines, U.S. District Court, San Francisco Court Information Sheet, Drop Box Filing Procedures, Notice of Lawsuit and Request for Waiver of Service of Summons, ECF Registration Information Handout

2. Party Served:          Mutual Service Corporation

3. Person Served:         CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:   May 5, 2008          1:46 pm

5. Address, City and State:   2730 GATEWAY OAKS DR STE 100
                              SACRAMENTO, CA 95833

6. Manner of Service:     Personal Service - By personally delivering copies.          **BY FAX**

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 5, 2008 at Sacramento, California.

Signature: _____
Tyler Dimaria

FF# 6661711