TIMOTHY A. CANNING,  Cal. State Bar No. 148336
Law Offices of Timothy A. Canning
1125 16th St., Suite 204
PO Box 4201
Arcata, CA 95518
(707) 822-1620;  Fax: (707) 760-3523
tc@tclaws.com

Attorney for Plaintiff Rindy Merrifield

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RINDY MERRIFIELD, individually and as trustee of the RINDY MERRIFIELD INC. DEFINED BENEFIT PLAN, | Case No. C 08-02247 SI |
| | PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| Plaintiff | |
| v. | CMC Date: 8/15/2008 |
| | Time: 2:00 pm |
| MUTUAL SERVICE CORPORATION and MICHAEL T. WOODS, | Courtroom:  10, 19th Floor |
| Defendants | |

Pursuant to Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report on behalf of plaintiff Rindy Merrifield.

                                                Law Offices of Timothy A. Canning

Dated:  August 4, 2008                  By:_/s/ *Timothy A. Canning*
                                                Timothy A. Canning
                                                Attorney for Plaintiff Rindy Merrifield
                                                Corporation and Michael T. Woods.

1
Plaintiff's Certification                              *Merrifield v Mutual Service Corp.*  08-cv-02247 SI