TIMOTHY A. CANNING,  Cal. State Bar No. 148336
Law Offices of Timothy A. Canning
1125 16th St., Suite 204
PO Box 4201
Arcata, CA 95518
(707) 822-1620;  Fax: (707) 760-3523
tc@tclaws.com

Attorney for Plaintiff Rindy Merrifield

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RINDY MERRIFIELD, individually and as trustee of the RINDY MERRIFIELD INC. DEFINED BENEFIT PLAN,<br><br>　　　　　　　Plaintiff<br>v.<br><br>MUTUAL SERVICE CORPORATION and MICHAEL T. WOODS,<br><br>　　　　　　　Defendants<br>_____/ | Case No. C 08-02247 SI<br><br>JOINT RULE 26(f) REPORT<br><br>CMC Date: 8/15/2008<br>Time: 2:00 pm<br>Courtroom:  10, 19th Floor<br><br>Telephone Appearance Requested by Plaintiff's Counsel |

　　　　　Plaintiff Rindy Merrifield and defendants Mutual Service Corporation and Michael T. Woods hereby submit the following Rule 26(f) report.

　　　　　Pursuant to Fed. R. Civ. P. 26(f), a meeting via telephone was held on Monday, July 21, 2008, beginning at 10:30 am,  and was attended by:

　　　　　Counsel for Plaintiff: Timothy A. Canning

　　　　　Counsel for Defendants:  William Turner

1

Joint Rule 26(f) Report　　　　　*Merrifield v Mutual Service Corp.*  08-cv-02247 SI

1  2. Discovery Plan (Rule 26(f)(3):

2      (A):   The parties have previously exchanged documents and names of
3  witnesses, in connection with a prior contractual arbitration proceeding.  The parties do
4  not believe that any changes should be made in the timing, form, or requirement for
5  disclosures under Rule 26(a), except that the parties should not be required to turn over
6  copies of documents previously turned over.

7      (B):  Subjects on which discovery may be needed:  Plaintiff anticipates
8  serving third-party subpoenas on various telephone and cell phone service providers.
9  Defendant also intends to conduct third-party discovery, including depositions.  The
10 parties anticipate taking depositions of the other parties.

11     (C):  The parties did not have any issues regarding the disclosure or
12 discovery of electronically stored information.

13     (D):  The parties did not have any issues about claims of privilege or of
14 protection as trial-preparation materials.

15     (E):   The parties did not have any changes to be made in the limitations on
16 discovery imposed under the Federal Rules or Local rules.

17     (F):  The parties had no suggestions for other orders that should be issued
18 by the court.

19
20                                              Law Offices of Timothy A. Canning
21
22 Dated:  August 8, 2008                 By:_/s/ Timothy A. Canning
                                                      Timothy A. Canning
23                                               Attorney for Plaintiff Rindy Merrifield

24
                                             Jones, Bell, Abbott, Fleming & Fitgerald
25
26
  Dated:  August 8, 2008                 By:_/s/ William M . Turner
27                                                      William M. Turner
                                              Attorney for Defendants Mutual Service
28                                              Corporation and Michael T. Woods.

                                          2

Joint Rule 26(f) Report             *Merrifield v Mutual Service Corp.*  08-cv-02247 SI