TIMOTHY A. CANNING, Cal. State Bar No. 148336
Law Offices of Timothy A. Canning
1125 16th St., Suite 204
PO Box 4201
Arcata, CA 95518
(707) 822-1620; Fax: (707) 760-3523
tc@tclaws.com

Attorney for Plaintiff Rindy Merrifield

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RINDY MERRIFIELD, individually and as trustee of the RINDY MERRIFIELD INC. DEFINED BENEFIT PLAN,<br><br>　　　　　Plaintiff<br><br>v.<br><br>MUTUAL SERVICE CORPORATION and MICHAEL T. WOODS,<br><br>　　　　　Defendants | Case No. C 08-02247 SI<br><br>STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>CMC Date: 12/5/2008<br>Time: 2:00 pm<br>Courtroom: 10, 19th Floor<br>Trial Date: May 25, 2009 |

　　　　　IT IS HEREBY STIPULATED by and between the parties to this action, through their attorneys of record, that this entire action and all causes of action therein, and all remaining defendants thereto, be and hereby are dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

///

///

| | | |
|---|---|---|
| 1 | | Law Offices of Timothy A. Canning |
| 2 | | |
| 3 | | |
| 4 | Dated: November 20, 2008 | By /s/ Timothy A. Canning |
| 5 | | Attorney for Plaintiff Kindy Merrifield |
| 6 | | |
| 7 | | Jones, Bell, Abbott, Fleming & Fitgerald |
| 8 | | |
| 9 | Dated: November 20, 2008 | By: /s/ William M. Turner |
| 10 | | |
| 11 | | Attorney for Defendants Mutual Service Corporation and Michael T. Woods. |

**IT IS SO ORDERED**

/s/ Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA